**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7209**

———————

TROY NOLAN BAZILIO,

       Plaintiff - Appellant,

   v.

UNITED STATES OF AMERICA,

       Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (5:93-cr-00041-F-1; 5:97-cv-00032-F)

———————

Submitted: April 17, 2008      Decided: April 21, 2008

———————

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Troy Nolan Bazilio, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Troy Nolan Bazilio appeals the district court's order denying his motions to amend his 28 U.S.C. § 2255 (2000) action and to stay the appeal pending the court's ruling on the motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bazilio v. United States, Nos. 5:93-cr-00041-F-1; 5:97-cv-00032-F (E.D.N.C. July 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED